U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 0 7 2017

TONY R. MOORE, CLERK
BY: /M3
　　DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NATHANIEL M. SMITH<br>D.O.C. # 476447 | : | DOCKET NO. 15-cv-2892<br>SECTION P |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| DEPT. OF PUBLIC SAFETY &<br>CORRECTIONS, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Reports and Recommendations of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion for Summary Judgment [doc. 26] be **GRANTED** and that all of plaintiff's claims be **DENIED** and **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that the defendants' request for costs [doc. 26] be **DENIED**.

THUS DONE this 7th day of November, 2017, at Alexandria, La.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE